# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2015

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Conroy, John M. | U.S. District Court-District of Vermont | 04/22/2016 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| U.S. Magistrate Judge | ☐ Nomination Date<br>☐ Initial ☑ Annual ☐ Final<br>**5b.** ☐ Amended Report | 01/01/2015<br>to<br>12/31/2015 |

**7. Chambers or Office Address**

U.S. Post Office and Courthouse
Box 836
Burlington VT 05401

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☑ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Conroy, John M. | 04/22/2016 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2015 | Catholic Diocese of Vermont-salary |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS *-- transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Conroy, John M. | 04/22/2016 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Conroy, John M. | 04/22/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Vermont Federal Credit Union | A | Interest | K | T | | | | | |
| 2. Vanguard Prime Money Market | A | Interest | J | T | | | | | |
| 3. Real estate-Jackson Co. (CO) | | None | K | W | | | | | |
| 4. Brokerage account # 1: | | | | | | | | | |
| 5. Abbott Laboratories common stock | A | Dividend | K | T | | | | | |
| 6. Abbvie Common Stock | A | Dividend | K | T | | | | | |
| 7. AGL Resources Inc. common stock (X) | A | Dividend | K | T | | | | | |
| 8. Allergan Inc. common stock (X) | A | Dividend | L | T | | | | | |
| 9. Alerian MLP ETF | A | Dividend | J | T | | | | | |
| 10. Alphabet Inc. common stock (X) | A | Dividend | L | T | | | | | |
| 11. American Express Inc. common stock | A | Dividend | K | T | Buy | 03/16/15 | J | | |
| 12. American Int'l Group common stock | A | Dividend | J | T | | | | | |
| 13. Analog Devices Inc. common stock (X) | A | Dividend | K | T | | | | | |
| 14. Apple Inc. common stock | A | Dividend | J | T | | | | | |
| 15. ARM Holdings Inc. common stock (X) | A | Dividend | K | T | | | | | |
| 16. AtenaHealth care inc. common stock | A | Dividend | K | T | Buy | 08/13/15 | J | | |
| 17. AT&T common stock | A | Dividend | | | Sold | 06/19/15 | J | A | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Conroy, John M. | 04/22/2016 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. ADP common stock | A | Dividend | | | Sold | 03/16/15 | K | C | |
| 19. Bank of America common stock | A | Dividend | J | T | | | | | |
| 20. Mastercard Inc. common stock | A | Dividend | K | T | | | | | |
| 21. BE Aerospace common stock | A | Distribution | | | Sold | 06/19/15 | J | A | |
| 22. Boeing common stock | A | Dividend | J | T | | | | | |
| 23. Bristol Myers Squibb common stock | A | Dividend | J | T | | | | | |
| 24. Brookdale Senior Living Inc. common stock (X) | A | Dividend | K | T | | | | | |
| 25. Cabot Oil and Gas, Inc. common stock (X) | A | Dividend | K | T | | | | | |
| 26. Canadian Pacific Railway common stock | A | Dividend | | | Sold | 03/16/15 | J | A | |
| 27. CBRE Group Inc. common stock (X) | A | Distribution | L | T | | | | | |
| 28. CDK Global Inc. common stock | A | Dividend | | | Sold | 03/16/15 | J | B | |
| 29. Celgene Corp common stock | A | Dividend | M | T | | | | | |
| 30. Chevron Oil. common stock (X) | B | Dividend | L | T | | | | | |
| 31. Chubb Inc. common stock (X) | A | Dividend | L | T | | | | | |
| 32. Clorox Inc. common stock (X) | A | Dividend | K | T | | | | | |
| 33. Coca-Cola common stock | A | Dividend | K | T | Sold (part) | 06/19/15 | J | A | |
| 34. Conoco-Phillips common stock | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Conroy, John M. | 04/22/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. Costco Inc. common stock | A | Dividend | J | T | | | | | |
| 36. Crown Castle Int'l common stock (X) | A | Dividend | J | T | | | | | |
| 37. Dreyfuus Large Cap. Growth mutual fund | A | Distribution | J | T | | | | | |
| 38. Dreyfus Strategic Value mutual fund | A | Distribution | J | T | | | | | |
| 39. Eaton Corp. common stock (X) | A | Dividend | K | T | | | | | |
| 40. Energy Trans Equity LP (ETE) (X) | B | Dividend | L | T | | | | | |
| 41. Exxon Mobil common stock | A | Dividend | K | T | | | | | |
| 42. Express Scripts common stock | A | Dividend | J | T | | | | | |
| 43. Facebook Inc. common stock | A | Dividend | J | T | | | | | |
| 44. General Dynamics Corp. common stock | A | Dividend | J | T | | | | | |
| 45. General Electric common stock | A | Dividend | K | T | | | | | |
| 46. General Mills common stock (X) | C | Dividend | K | T | | | | | |
| 47. General Motors common stock (X) | C | Dividend | L | T | | | | | |
| 48. Gilead Science Inc. common stock | A | Dividend | J | T | | | | | |
| 49. Goldman Sachs Grp Inc. (X) | A | Dividend | L | T | | | | | |
| 50. HCP Inc. common stock (X) | A | Dividend | J | T | | | | | |
| 51. Honeywell Inc. common stock | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Conroy, John M. | 04/22/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. IBM common stock | A | Dividend | | | Sold | 08/13/15 | J | A | |
| 53. IDEXX Labs Inc. common stock (X) | A | Dividend | K | T | | | | | |
| 54. Intel Corp common stock (X) | B | Dividend | L | T | | | | | |
| 55. Ishares MSCI EAFE ETF | A | Distribution | J | T | Sold (part) | 03/16/15 | J | B | |
| 56. Johnson and Johnson common stock | A | Dividend | J | T | | | | | |
| 57. JP Morgan Chase | A | Dividend | K | T | | | | | |
| 58. KLX Inc. common stock | A | Dividend | | | Sold | 03/16/15 | J | A | |
| 59. Linkedin Corp. common stock | A | Dividend | J | T | | | | | |
| 60. Lowe's Corp. common stock (X) | A | Dividend | L | T | | | | | |
| 61. Mastercard Inc. common stock X) | A | Dividend | L | T | | | | | |
| 62. McDonald Corp. common stock (X) | A | Dividend | L | T | | | | | |
| 63. Merck Inc. common stock (X) | B | Dividend | K | T | | | | | |
| 64. Met Life Inc. common stock (X) | B | Dividend | L | T | | | | | |
| 65. Microsoft Corp. common stock | A | Dividend | J | T | | | | | |
| 66. MobilEye N.V. common stock | A | Dividend | J | T | | | | | |
| 67. MPLX LP Unit Rep. LTD (X) | B | Dividend | K | T | | | | | |
| 68. NUStar Grp Holdings Inc. (X) | B | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Conroy, John M. | 04/22/2016 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. Omega Health Inc. common stock (X) | B | Dividend | K | T | | | | | |
| 70. Palo Alto Networks Inc. common stock | A | Dividend | K | T | Buy | 03/16/15 | K | | |
| 71. People's United Financial common stock (X) | B | Dividend | K | T | | | | | |
| 72. Proctor & Gamble common stock | A | Dividend | K | T | | | | | |
| 73. Qualcomm Inc. common stock | A | Dividend | | | Sold | 03/16/15 | J | A | |
| 74. RPM Inc. common stock | A | Dividend | | | Sold | 03/16/15 | J | D | |
| 75. SalesForce Inc. common Stock | A | Dividend | K | T | Buy | 08/13/15 | J | | |
| 76. Schlumberger Inc. common stock | A | Dividend | J | T | Buy | 08/13/15 | J | | |
| 77. Southern Co. common stock (X) | A | Dividend | J | T | | | | | |
| 78. Starbucks Corporation common stock | A | Dividend | J | T | | | | | |
| 79. SPDR Trust Series 1 | A | Distribution | K | T | | | | | |
| 80. Sumitomo Mitsui Fin. Grp. common stock | A | Dividend | | | Buy | 06/19/15 | J | | |
| 81. | | | | | Sold | 11/03/15 | J | A | |
| 82. Time Warner common stock | A | Dividend | | | Sold | 11/03/15 | J | A | |
| 83. Under Armour Inc. common stock | A | Dividend | J | T | Buy | 06/19/15 | J | | |
| 84. Vanguard REIT ETF | A | Distribution | J | T | | | | | |
| 85. Vanguard FTSE Europe Fund | A | Distribution | J | T | Buy | 06/19/15 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Conroy, John M. | 04/22/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| | A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. | Verizon Comm'n Inc. common stock | A | Dividend | | | Sold | 11/03/15 | J | B | |
| 87. | Walt Disney Co. Holding Co. common stock | A | Dividend | J | T | | | | | |
| 88. | WD 40 Inc. common stock | A | Dividend | | | Buy | 03/16/15 | J | | |
| 89. | | | | | | Sold | 08/13/15 | J | A | |
| 90. | Weingarten Realty Inv.common stock (X) | B | Dividend | K | T | | | | | |
| 91. | Commerce City CO muni bond (X) | A | Interest | K | T | | | | | |
| 92. | Clear Creek CO muni bond (X) | A | Interest | K | T | | | | | |
| 93. | Berthoud Cty CO muni bond (X) | A | Interest | K | T | | | | | |
| 94. | CO Higher Ed Auth muni bond (X) | A | Interest | K | T | | | | | |
| 95. | CO State COPS Rev-A Ralp Carr Justice Center muni Bond (X) | A | Interest | K | T | | | | | |
| 96. | Black Hawk CO Tav Rev Bond (X) | A | Interest | K | T | | | | | |
| 97. | West Metro Fire Dist CO muni bond (X) | A | Interest | K | T | | | | | |
| 98. | Pueblo Cty CO muni bond (X) | A | Interest | K | T | | | | | |
| 99. | Colo Springs Utility muni bond (X) | A | Interest | K | T | | | | | |
| 100. | Boulder Valley CO School District muni bond (X) | A | Interest | K | T | | | | | |
| 101. | Denver Colo Health and Hospital Auth muni bond (X) | A | Interest | K | T | | | | | |
| 102. | Plains All Americann Pipeline Corp. bond (X) | B | Interest | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Conroy, John M. | 04/22/2016 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103.  Entergy Louisiana corp bond (X) | B | Interest | K | T | | | | | |
| 104.  Morgan Stanley Bank | A | Interest | J | T | | | | | |
| 105.  Trust #1 (income beneficiary): | | | | | | | | | |
| 106.  American Int'l Group common stock | A | Dividend | K | T | | | | | |
| 107.  American Tower REIT | A | Distribution | J | T | | | | | |
| 108.  Apple Inc. common stock | A | Dividend | K | T | | | | | |
| 109.  Bank of America common stock | A | Dividend | | | Sold | 03/16/15 | J | C | |
| 110.  BE Aerospace Common stock | A | Dividend | | | Sold | 06/23/15 | J | A | |
| 111.  Berkshire Hathaway common stock | A | Dividend | J | T | | | | | |
| 112.  Boeing common stock | A | Dividend | J | T | | | | | |
| 113.  Bristol Myers Squibb common stock | A | Dividend | J | T | | | | | |
| 114.  General Electric common stock | A | Dividend | J | T | | | | | |
| 115.  Canadian Pacific Railway common stock | A | Dividend | J | T | | | | | |
| 116.  Conoco-Phillips common stock | A | Dividend | J | T | | | | | |
| 117.  Cisco Systems common stock | A | Dividend | | | Buy | 01/23/15 | J | | |
| 118. | | | | | Sold | 09/21/15 | J | A | |
| 119.  Emerson Electric common stock | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Conroy, John M. | 04/22/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120. Express Scripts Inc. common stock | A | Dividend | J | T | | | | | |
| 121. Facebook Inc. common stock | A | Dividend | J | T | | | | | |
| 122. General Dynamics Inc. common stock | A | Dividend | J | T | | | | | |
| 123. General Electric common stock | A | Dividend | K | T | | | | | |
| 124. Gilead Science Inc. common stock | A | Dividend | J | T | | | | | |
| 125. Honeywell Inc. common stock | A | Dividend | J | T | | | | | |
| 126. IBM common stock | A | Dividend | J | T | | | | | |
| 127. KLX Inc. common stock | A | Dividend | | | Sold | 03/16/15 | K | B | |
| 128. Linkedin Inc. common stock | A | Dividend | J | T | | | | | |
| 129. Medtronic Inc. common stock | A | Dividend | | | Sold | 01/27/15 | K | C | |
| 130. Microsoft Inc. common stock | A | Dividend | J | T | | | | | |
| 131. Pepisco common stock | A | Dividend | J | T | | | | | |
| 132. Qualcomm Inc. common stock | A | Dividend | | | Sold | 01/23/15 | K | B | |
| 133. RPM Inc. common stock | A | Dividend | | | Sold | 01/23/15 | K | D | |
| 134. Salesforce.com Inc. common stock | A | Dividend | J | T | | | | | |
| 135. Seadrill Ltd common stock | A | Dividend | J | T | | | | | |
| 136. Starbucks Corp. common stock | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Conroy, John M. | 04/22/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐    NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 137. Time Warner common stock | A | Dividend | | | Sold | 09/21/15 | J | A | |
| 138. Vanguard REIT ETF | A | Distribution | K | T | | | | | |
| 139. Walt Disney Co. Holding Co. common stock | A | Dividend | J | T | | | | | |
| 140. WD 40 Inc.common stock | A | Dividend | | | Buy | 01/23/15 | J | | |
| 141. | | | | | Sold | 06/23/15 | J | A | |
| 142. Celgenne Corp common stock | A | Dividend | K | T | | | | | |
| 143. Express Scripts Inc. common stock | A | Dividend | J | T | | | | | |
| 144. Apple Inc. common stock | A | Dividend | J | T | | | | | |
| 145. Citrix Systems Inc. common stock | A | Dividend | K | T | | | | | |
| 146. Verizon Comm'n common stock | A | Dividend | K | T | | | | | |
| 147. Morgan Stanley Bank | A | Interest | K | T | | | | | |
| 148. Trust #2 (income beneficiary): | | | | | | | | | |
| 149. American Int'l Group common stock | A | Dividend | | | Distributed | 08/20/15 | J | | |
| 150. Bank of America common stock | A | Dividend | | | Sold | 03/16/15 | K | C | |
| 151. Boeing Inc. common stock | A | Dividend | | | Distributed | 08/20/15 | J | | |
| 152. Bristol Myers Squibb common stock | A | Dividend | | | Distributed | 08/20/15 | J | | |
| 153. Canadian Pacific Railway common stock | A | Dividend | | | Sold | 06/19/15 | J | C | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Conroy, John M. | 04/22/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 154. Conoco Phillips common stock | A | Dividend | | | Distributed | 08/20/15 | J | | |
| 155. General Electric common stock | A | Dividend | | | Distributed | 08/20/15 | J | | |
| 156. IBM common stock | A | Dividend | | | Sold | 08/13/15 | J | A | |
| 157. Linkedin Corp. common stock | A | Dividend | | | Distributed | 08/20/15 | J | | |
| 158. Microsoft Corp. common stock | A | Dividend | | | Distributed | 08/20/15 | J | | |
| 159. Gilead Science common stock | A | Dividend | | | Distributed | 08/20/15 | J | | |
| 160. Freeport McMoran CP & GLD | A | Dividend | | | Distributed | 08/20/15 | J | | |
| 161. Gen'l Dynamics common stock | A | Dividend | | | Distributed | 08/20/15 | J | | |
| 162. Honeywell Inc. common stock | A | Dividend | | | Distributed | 08/20/15 | J | | |
| 163. Coca Cola common stock | A | Dividend | | | Sold | 08/13/15 | J | B | |
| 164. Starbucks Corp. common stock | A | Dividend | | | Distributed | 08/20/15 | J | | |
| 165. Walt Disney common stock | A | Dividend | | | Distributed | 08/20/15 | J | | |
| 166. Facebook Inc. common stock | A | Dividend | | | Distributed | 08/20/15 | J | | |
| 167. Anadarko Petroleum common stock | A | Dividend | | | Distributed | 08/20/15 | J | | |
| 168. Berkshire Hathaway Class B common stock | A | Dividend | | | Distributed | 08/20/15 | J | | |
| 169. Celgene Corp common stock | A | Dividend | | | Distributed | 08/20/15 | J | | |
| 170. Express Scripts Inc. common stock | A | Dividend | | | Distributed | 08/20/15 | J | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Conroy, John M. | 04/22/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 171.  Apple Inc. common stock | A | Dividend | | | Distributed | 08/20/15 | J | | |
| 172.  Google Class A common stock | A | Dividend | | | Sold | 08/20/15 | J | A | |
| 173.  3M Company Inc. common stock | A | Dividend | | | Sold | 08/13/15 | J | | |
| 174.  Qualcomm. Inc. common stock | A | Dividend | | | Sold | 03/16/15 | K | B | |
| 175.  Transocean Inc. common stock | A | Dividend | | | Distributed | 08/20/15 | J | | |
| 176.  Vanguard REIT LLC | A | Distribution | | | Distributed | 08/20/15 | J | | |
| 177.  Verizon common stock | A | Dividend | | | Distributed | 08/20/15 | J | | |
| 178.  WD 40 common stock | A | Dividend | | | Buy | 01/23/15 | J | | |
| 179. | | | | | Sold | 06/23/15 | J | A | |
| 180.  Morgan Stanley Bank | A | Interest | | | Distributed | 08/20/15 | J | | |
| 181.  IRA acct : | | | | | | | | | |
| 182.  Amgen Inc. common stock | A | Dividend | J | T | | | | | |
| 183.  AIG Inc. common stock | A | Dividend | J | T | | | | | |
| 184.  Apple Inc. common stock | A | Dividend | J | T | | | | | |
| 185.  Berkshire Hathaway class B common stock | A | Dividend | J | T | | | | | |
| 186.  Boeing common stock | A | Dividend | J | T | | | | | |
| 187.  Conoco-Phillips Inc. common stock | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Conroy, John M. | 04/22/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 188. Honeywell Inc. common stock | A | Dividend | J | T | | | | | |
| 189. Johnson & Johnson Inc. common stock | A | Dividend | J | T | | | | | |
| 190. Mobileye Inc. common stock | A | Dividend | J | T | | | | | |
| 191. Under Armour common stock | A | Dividend | J | T | Buy | 06/19/15 | J | | |
| 192. Morgan Stanley Bank | A | Interest | J | T | | | | | |
| 193. Coca-Cola common stock | A | Dividend | | | Sold | 06/19/15 | J | A | |
| 194. IRA acct. : | | | | | | | | | |
| 195. Morgan Stanley Bank | A | Interest | J | T | | | | | |
| 196. AIG common stock | A | Dividend | J | T | | | | | |
| 197. AthenaHealth Inc. common stock | A | Dividend | J | T | Buy | 08/08/15 | J | | |
| 198. Bank of America common stock | A | Dividend | J | T | | | | | |
| 199. Berkshire Hathaway class B common stock | A | Interest | J | T | | | | | |
| 200. Boeing common stock | A | Dividend | J | T | | | | | |
| 201. Bristo Myers Squibb common stock | A | Dividend | J | T | | | | | |
| 202. Century Link Inc. common stock | A | Dividend | | | Sold | 06/24/15 | J | A | |
| 203. Conoco-Phillips common stock | A | Dividend | J | T | | | | | |
| 204. General Electric common stock | A | Dividend | J | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 205. IBM common stock | A | Dividend | | | Sold | 08/18/15 | J | A | |
| 206. Mobileye Inc. common stock | A | Distribution | J | T | | | | | |
| 207. Qualcomm. Inc. common stock | A | Dividend | | | Sold | 03/19/15 | J | A | |
| 208. T Rowe Price Growth Fund | A | Int./Div. | J | T | | | | | |
| 209. Palo Alto Networks Inc. common stock | A | Dividend | J | T | Buy | 03/19/15 | J | | |
| 210. Proctor and Gamble common stock | A | Dividend | J | T | | | | | |
| 211. RPM Inc. common stock | A | Dividend | | | Sold | 03/19/15 | J | A | |
| 212. SPDR DJ Wlishire Int'l Real Est. ETF | A | Distribution | J | T | | | | | |
| 213. Sales Force Inc. common stock | A | Dividend | J | T | Buy (add'l) | 08/18/15 | J | | |
| 214. Schlumberger Ltd. common stock | A | Dividend | J | T | Buy | 08/18/15 | J | | |
| 215. Starbucks Corp. common stock | A | Dividend | J | T | | | | | |
| 216. Under Armour Inc. common stock | A | Dividend | J | T | Buy | 06/24/15 | J | | |
| 217. 3M Co. common stock | A | Dividend | J | T | | | | | |
| 218. WD 40 Inc. common stock | A | Dividend | | | Buy | 03/19/15 | J | | |
| 219. | | | | | Sold | 08/18/15 | J | A | |
| 220. Brokerage acct #3: | | | | | | | | | |
| 221. Vanguard S&P 500 Index fund (Y) | A | Int./Div. | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Conroy, John M. | 04/22/2016 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 222.  Brokerage acct #4: | | | | | | | | | |
| 223.  Charles Schwab Cash sweep acct | A | Interest | K | T | | | | | |
| 224.  Morgan Stanley Bank | A | Interest | J | T | Open | 01/06/15 | J | | |
| 225.  Alphabet Inc. (Google) common stock (X) | A | Dividend | J | T | | | | | |
| 226.  AIG common stock (X) | A | Dividend | J | T | | | | | |
| 227.  American Express common stock (X) | A | Dividend | J | T | | | | | |
| 228.  Anadarko Pete common stock(X) | A | Dividend | J | T | | | | | |
| 229.  Apple Inc. common stock (X) | A | Dividend | J | T | | | | | |
| 230.  AthenaHealth Inc. common stock (X) | A | Dividend | J | T | | | | | |
| 231.  Berkshire Hathaway Inc. common stock (X) | A | Dividend | J | T | | | | | |
| 232.  Boeing inc. common stock (X) | A | Dividend | J | T | | | | | |
| 233.  Bristol Myers Squibb common stock (X) | A | Dividend | J | T | | | | | |
| 234.  Celgene Inc. common stock (X) | A | Dividend | J | T | | | | | |
| 235.  Conoco Phillips Inc. common stock (X) | A | Dividend | J | T | | | | | |
| 236.  CVS Health Care common stock | A | Dividend | J | T | Buy | 12/31/15 | J | | |
| 237.  Express Scripts Inc. common stock (X) | A | Dividend | J | T | | | | | |
| 238.  Facebook Inc. common stock (X) | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Conroy, John M. | 04/22/2016 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 239. Freeport McMoran Inc. common stock (X) | A | Dividend | J | T | | | | | |
| 240. General Electric common stock (X) | A | Dividend | J | T | | | | | |
| 241. General Dynamics Corp common stock (X) | A | Distribution | J | T | | | | | |
| 242. Gilead Science Inc. common stock (X) | A | Dividend | J | T | | | | | |
| 243. Hershey Inc. common stock | A | Dividend | J | T | Buy | 12/31/15 | J | | |
| 244. Honeywell Inc. common stock (X) | A | Dividend | J | T | | | | | |
| 245. Ishares MSCI Japan ETF (X) | A | Distribution | J | T | | | | | |
| 246. LinkedIn Corp common stock (X) | A | Dividend | J | T | | | | | |
| 247. MicroSoft Inc. common stock (X) | A | Dividend | J | T | | | | | |
| 248. NetFlix Inc. common stock | A | Dividend | J | T | Buy | 12/31/15 | J | | |
| 249. Palo Alto Networks Inc. common stock | A | Dividend | J | T | Buy | 03/16/15 | J | | |
| 250. Proctor and Gamble Inc. common stock | A | Dividend | J | T | Buy | 12/31/15 | J | | |
| 251. Sclumberger Inc. common stock (X) | A | Dividend | J | T | | | | | |
| 252. Starbucks Inc. common stock (X) | A | Dividend | J | T | | | | | |
| 253. Under Armour Inc. common stock (X) | A | Dividend | J | T | | | | | |
| 254. Verizon Inc. common stock (X) | A | Dividend | J | T | | | | | |
| 255. Walt Disney Inc. common stock (X) | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Conroy, John M. | 04/22/2016 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 256. Vanguard REIT ETF (X) | A | Distribution | J | T | | | | | |
| 257. Goldman Sachs USA Bank CD (X) | A | Interest | J | T | | | | | |
| 258. 403(b) plan : | | | | | | | | | |
| 259. TIAA-CREF Growth Stock Fund | A | Int./Div. | K | T | | | | | |
| 260. TIAA-CREF Equity Stock Fund | A | Int./Div. | K | T | | | | | |
| 261. TIAA-CREF Stock Fund | A | Int./Div. | K | T | | | | | |
| 262. John Hancock Blue Chip Growth Fund | A | Int./Div. | K | T | | | | | |
| 263. IRA acct; #3 | | | | | | | | | |
| 264. Vanguard S&P 500 Index Fund | A | Distribution | J | T | | | | | |
| 265. Trust acct # 3 | | | | | | | | | |
| 266. Abbvie Inc common stock (X) | A | Dividend | K | T | | | | | |
| 267. Alphabet Inc. common stock (X) | A | Dividend | K | T | | | | | |
| 268. AIG New common stock (X) | A | Dividend | K | T | | | | | |
| 269. Amer. Express common stock (X) | A | Dividend | K | T | | | | | |
| 270. American Tower REIT (X) | A | Dividend | K | T | | | | | |
| 271. Apple Inc. common stock (X) | A | Dividend | K | T | | | | | |
| 272. AT&T common stock (X) | A | Dividend | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 273. Bank of America common stock (X) | A | Distribution | K | T | | | | | |
| 274. Boeing Inc. common stock (X) | A | Dividend | K | T | | | | | |
| 275. Bristol Myers Squib common stock (X) | A | Dividend | K | T | | | | | |
| 276. Celgene Corp. common stock (X) | A | Dividend | K | T | | | | | |
| 277. Chevron Corp. common stock (X) | A | Dividend | K | T | | | | | |
| 278. Cisco Systems Inc. common stock (X) | A | Dividend | K | T | | | | | |
| 279. Comcast Inc. common stock (X) | A | Dividend | K | T | | | | | |
| 280. Conoco Phillips Inc. common stock (X) | A | Dividend | K | T | | | | | |
| 281. Costco Inc. common stock (X) | A | Dividend | K | T | | | | | |
| 282. Cummins Inc. common stock (X) | A | Dividend | K | T | | | | | |
| 283. CVS Health Care Inc. common stock (X) | A | Dividend | K | T | | | | | |
| 284. Exxon Mobil common stock (X) | A | Dividend | K | T | | | | | |
| 285. Gilead Science Inc. common stock (X) | A | Dividend | K | T | | | | | |
| 286. Halliburton Inc. common stock (X) | A | Dividend | K | T | | | | | |
| 287. Hilton World Wide Holdings Inc. common stock (X) | A | Dividend | K | T | | | | | |
| 288. Honeywell Int'l Inc. common stock (X) | A | Dividend | K | T | | | | | |
| 289. Johnson & Johnson common stock (X) | A | Dividend | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Conroy, John M. | 04/22/2016 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 290. LinkedIn Inc. common stock (X) | A | Dividend | K | T | | | | | |
| 291. Microsoft Inc. common stock (X) | A | Dividend | K | T | | | | | |
| 292. Netflix Inc. common stock (X) | A | Dividend | K | T | | | | | |
| 293. NXP Semi Conductors Inc. common stock (X) | A | Dividend | K | T | | | | | |
| 294. Palo Alto Networks Inc. common stock (X) | A | Dividend | K | T | | | | | |
| 295. Pepsico Inc. common stock (X) | A | Dividend | K | T | | | | | |
| 296. Pfizer Inc. common stock (X) | A | Dividend | K | T | | | | | |
| 297. Phillips 66 Inc. common stock (X) | A | Dividend | K | T | | | | | |
| 298. Praxair Inc. common stock (X) | A | Dividend | K | T | | | | | |
| 299. Proctor & Gamble Inc. common stock (X) | A | Dividend | K | T | | | | | |
| 300. Royal Gold Inc. common stock (X) | A | Dividend | K | T | | | | | |
| 301. Sales Force Inc. common stock (X) | A | Dividend | K | T | | | | | |
| 302. Schlumberger Inc. common stock (X) | A | Dividend | K | T | | | | | |
| 303. Starbucks Inc. common stock (X) | A | Dividend | K | T | | | | | |
| 304. Toronto Dominion Bank Inc. common stock (X) | A | Dividend | K | T | | | | | |
| 305. Under Armour Inc. common stock (X) | A | Dividend | K | T | | | | | |
| 306. Union Pacific Inc. common stock (X) | A | Dividend | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Conroy, John M. | 04/22/2016 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 307. United Tech. Inc. common stock (X) | A | Dividend | K | T | | | | | |
| 308. Walt Disney Corp. common stock (X) | A | Dividend | K | T | | | | | |
| 309. CitiGroup Inc. pref. stock (X) | A | Dividend | K | T | | | | | |
| 310. Goldman Sachs Inc. pref. stock ( X) | A | Dividend | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Conroy, John M. | 04/22/2016 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Amendments to 2014 Financial Disclosure Report:

Amendment :

Add New Line:    Johnson & Johnson common stock   A   Dividend    J T   Buy   09/09/14   J

(Note : This asset is reported on the 2015 form as an asset under IRA account)

| Name of Person Reporting | Date of Report |
|---|---|
| Conroy, John M. | 04/22/2016 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature:  **s/ John M. Conroy**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544